NUMBER 13-00-659-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________


NOR SHAM, INC. A/K/A AND D/B/A BEST WESTERN
, Appellant,


v.



INTERSTATE INSURANCE COMPANY
, Appellee.

____________________________________________________________________


On appeal from the County Civil Court at Law No. 4 


of Harris County, Texas.


____________________________________________________________________


O P I N I O N


 

Before Chief Justice Seerden and Justices Dorsey and Rodriguez


Opinion Per Curiam


 Appellant, NOR SHAM, INC. A/K/A AND D/B/A BEST WESTERN ,
perfected an appeal from a judgment entered by the County Civil Court at
Law No. 4 of Harris County, Texas, in cause number 721652. After the
record was filed, appellant filed a motion to dismiss the appeal. In the
motion, appellant states that this case has been resolved and appellant no
longer wishes to prosecute this appeal. Appellant requests that this Court
dismiss the appeal.

 The Court, having considered the documents on file and appellant's
motion to dismiss the appeal, is of the opinion that the motion should be
granted. Appellant's motion to dismiss is granted, and the appeal is hereby
DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th day of December, 2000.